UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| COMMUNITY UNIT SCHOOL DISTRICT 300 | District Court |
| | Case No. 20-cv-10431 (JPC) |
| Appellant, | |
| v. | |
| SEARS HOLDINGS CORPORATION, *et al.*, | |
| Appellees. | |

**ORDER STAYING ALL DEADLINES**
**IN THIS BANKRUPTCY APPEAL**

Upon the letter motion (the "**Motion**") of Community Unit School District 300, appellant, for an order, pursuant to, *inter alia*, Federal Rule of Bankruptcy Procedure 8018, (i) staying all deadlines associated with the pending appeal while the parties attempt to resolve their disputes through settlement discussions and/or mediation, and (ii) setting a deadline for a status report within ninety days; and it appearing that the relief sought in the Motion is the subject of consent of the Village of Hoffman Estates and Sears Holdings Corporation and certain of its affiliates, appellees herein; and upon a review of the record herein; and the relief sought in the Motion being well-founded and reasonable under the circumstances, it is hereby Ordered that:

    1.    The Motion is granted as set forth herein.

    2.    All deadlines in the captioned appeal are stayed until further Order of this Court.

3. The parties shall report by joint letter filed with the Court on or before __March__, __23__, 2021 on the status of negotiations and/or mediation upon which this Court shall direct further relief in this matter. If the parties believe a settlement conference before Judge Cott or participation in the District's mediation program would be helpful, the parties shall file a joint letter seeking such a referral.

Dated: New York, New York
       December __23__, 2020

_____
HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT COURT


NO OBJECTION:

SEARS HOLDINGS CORPORATION, *et al.*
By:    Weil Gotshal & Manges LLP, Its counsel
       767 Fifth Avenue
       New York, New York 10153
       Tel: (212) 310-8000

By:    /s/ Jared R. Friedmann


VILLAGE OF HOFFMAN ESTATES
By:    Vedder Price, Its counsel
       1633 Broadway, 31st Floor
       New York, New York 10019
       Tel: (212) 407-7700

By:    /s/ Michael L. Schein


219959931v1