```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re SEARS HOLDINGS CORPORATION,                                :
                                                                 :
                              Debtor.                            :
                                                                 :     20-CV-10431 (JPC)
-----------------------------------------------------------------X
                                                                 :     ORDER
COMMUNITY UNIT SCHOOL DISTRICT 300,                              :
                                                                 :
                              Appellant.                         :
                                                                 :
            -v-                                                  :
                                                                 :
SEARS HOLDINGS CORPORATION,                                      :
                                                                 :
                              Appellee.                          :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In light of the Court's previous Order staying all deadlings in this bankruptcy appeal, Dkt. 5, the deadline by which Appellant's brief is due, *see* Dkt. 7, is adjourned *sine die*.

SO ORDERED.

Dated: January 25, 2021                         _____
       New York, New York                              JOHN P. CRONAN
                                                    United States District Judge